IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAQUAM MALIK SMITH | : CIVIL ACTION |
| | : |
| v. | : NO. 21-2636 |
| | : |
| BOBBI JO SALAMON ET AL. | : |

# ORDER

AND NOW, this 6th day of August 2024, upon careful and independent review of the Petition (ECF No. 1) and supplemental Petition (ECF No. 12) for writ of habeas corpus under 28 U.S.C. § 2254, the Response (ECF No. 26), Judge Hey's exhaustive Report recommending we deny the Petition (ECF No. 31), Petitioner's Objections to Judge Hey's Report and Recommendation (ECF No. 32), all documents in the record, finding no basis for an evidentiary hearing or for a certificate of appealability, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **OVERRULE** Petitioner's Objections (ECF No. 32);

2. **APPROVE AND ADOPT** Judge Hey's Report and Recommendation (ECF No. 31);

3. **DISMISS AND DENY** the Petition for writ of habeas corpus (ECF No. 1) with prejudice;

4. **DENY** a certificate of appealability; and,

5. **DIRECT** the Clerk of the Court **close** this case.

_____
KEARNEY, J.