UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

George Wylesol                                                                                              Clerk's Office
Clerk of Court                                                                                              215-597-7704

01/22/2026

LAQUAM MALIK SMITH
LQ-4043
SCI Frackville
1111 Altamont Boulevard
Frackville, PA  17931-2699

RE:          Response to Status Request
             Civil Action No. 21-CV-2636

Dear LAQUAM MALIK SMITH

    We have received your request for information on the status of your case. In response,
we are providing a copy of the docket in the case.


                              Sincerely,

                              GEORGE WYLESOL
                              Clerk of Court

                    By:       Patrick McLaughlin
                              Deputy Clerk